UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KRAIG SMITH,<br><br>　　　　Plaintiff,<br>　v.<br>NYE COUNTY DETENTION CENTER, et al.<br><br>　　　　Defendants. | Case No. 2:16-cv-01999-RFB-PAL<br><br>ORDER |

  This matter is before the court on plaintiff's failure to file a Certificate of Interested Parties as required by LR 7.1-1. On September 26, 2017, a screening order was entered and Smith's Complaint (ECF No. 14) was filed. No answer has been filed. Canon 3C(1)(c) of the Code of Conduct for United States Judges and 28 U.S.C. § 455(b)(4) require the court to screen cases for financial disqualification or other financial matters that may call for a judge's recusal (disqualification). LR 7.1-1(a) states, in pertinent part, that "pro se parties and attorneys for private non-governmental parties must identify in the disclosure statement all persons, associations of persons, firms, partnerships or corporations (including parent corporations) that have a direct, pecuniary interest in the outcome of the case."

  The disclosure statement must include the following certification:

> The undersigned, pro se party, certifies that the following may have a direct, pecuniary interest in the outcome of this case: (here list the names of all such parties and identify their connection and interests.) These representations are made to enable judges of the court to evaluate possible disqualifications or recusal.

Signature of pro se party.

  Smith must file a notice with the court disclosing all persons, associations of persons, firms, partnerships or corporations (including parent corporations) that have a direct, pecuniary

interest in the outcome of the case. If there are no known interested parties other than those participating in the case, "a statement to that effect will satisfy the rule." LR 7.1-1(b). Additionally, Smith must promptly file a supplemental notice "upon any change in the information that this rule requires." LR 7.1-1(c).

Accordingly,

**IT IS ORDERED** that Smith shall file a notice with the court disclosing all persons, associations of persons, firms, partnerships or corporations (including parent corporations) that have a direct, pecuniary interest in the outcome of the case **no later than December 12, 2017.** Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

DATED this 28th day of November, 2017.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE