**Marquis Aurbach Coffing**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Jonathan B. Lee, Esq.
Nevada Bar No. 13524
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
jlee@maclaw.com
   *Attorneys for Defendants Wehrly, Mean, Gray, Arms,
   Jensen, Hill, Lacosio, Pike, Burke, McKillips, Huntley,
   and Cleveland*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KRAIG SMITH, | Case No.: 2:16-cv-01999-RFB-PAL |
| Plaintiff, | **[PROPOSED] ORDER** |
| vs. | |
| NYE COUNTY DETENTION CENTER et al., | |
| Defendants. | |

Pursuant to Minute Order [ECF No. 37], and after review and consideration of Defendants Request for Leave to Take Incarcerated Plaintiff Smith's Deposition [ECF No. 36], and good cause appearing, NOW, THEREFORE IT IS ORDERED that the motion is GRANTED. IT IS FURTHER ORDERED THAT Plaintiff Smith's Deposition be taken on Tuesday, April 24, 2018 at 1:00 p.m., or a date and time more convenient for Southern Desert Correctional Center personnel.

IT IS SO ORDERED this  6th  day of April, 2018.

_____
United States Magistrate Judge

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

Submitted by:

MARQUIS AURBACH COFFING

By: /s/ Jonathan B. Lee
　　Craig R. Anderson, Esq.
　　Nevada Bar No. 6882
　　Jonathan B. Lee, Esq.
　　Nevada Bar No. 13524
　　10001 Park Run Drive
　　Las Vegas, Nevada 89145
　　Telephone: (702) 382-0711
　　Facsimile: (702) 382-5816
　　canderson@maclaw.com
　　jlee@maclaw.com
　　*Attorneys for Defendants Wehrly, Mean, Gray, Arms, Jensen, Hill, Lacosio, Pike, Burke, McKillips, Huntley, and Cleveland*

MAC:11779-128 3366330_1 4/2/2018 3:15 PM

## CERTIFICATE OF MAILING

I hereby certify that on the 2nd day of April, 2018, I served a copy of the foregoing **[PROPOSED ORDER]** upon each of the parties by depositing a copy of the same in a sealed envelope in the United States Mail, Las Vegas, Nevada, First-Class Postage fully prepaid, and addressed to:

Kraig Smith, ID #87838
S.D.C.C
PO Box 208
Indian Springs, Nevada 89070
*Pro Se*

and that there is a regular communication by mail between the place of mailing and the place(s) so addressed.

/s/ *Penny M. Williams*
Penny M. Williams, an employee of Marquis Aurbach Coffing

MAC:11779-128 3366330_1 4/2/2018 3:15 PM