Kraig Smith #87838
SDCC PO Box 208
Indian Springs NV 89070
(Plaintiff Proper-Person).



# United States District Court
# District of Nevada

| | |
|---|---|
| Kraig Smith,<br>　　　Plaintiff,<br><br>vs-<br><br>Nye County Detention Center,<br>et al,<br>　　　Defendants. | Case No: 2:16-CV-01999-RFB-PAL<br><br>Plaintiffs Request for Time Extension<br>(First Request/Motion). |

　　Comes now the Plaintiff Kraig Smith, in proper person, with the assistance of an inmate law clerk, in the above entitled pleading "Plaintiffs Request for Time Extension (First Request). This Request is made pursuant to the Defendants Motion for Summary Judgement (Doc #41) filed on June 25th 2018, and the Courts Minute Order (Doc No #43) recieved by the Plaintiff on June 28th 2018, in which a Deadline to respond was issued. As such, the Plaintiff makes the following requests.

Defendants have Requested this Court to Grant Summary Judgement and Dismiss the Plaintiffs Civil Complaint as a whole. The Court has given the Plaintiff Fourteen days to respond and defend his Complaint, yet this is not enough time to gather the information and legal authority from the Law Library at Southern Desert Correctional Center, obtain Copies and Send to the Courts Clerk, the complied Answer prepared for the Summary Judgement request. Plaintiff is acting in proper-person and is heavily rely upon the help of other inmates and or law clerks to seek this Courts enforcement of the Plaintiffs rights that have been violated by the hands of those in Controll of his person. True and Factual events transpired while the Plaintiff was held in the Nye County detention Center (Jail) that did affect his medical well being. The Plaintiff has Requested counsel to assist, and does so again as the Plaintiff is unable to defend his positions against those <u>trained</u> in the "Ins and Outs" of the Legal arena.

This extension of time request is made pursuant to LCR 6-1, and is the First Request of the Plaintiff, an amount of ~~Sixty (60) to Ninty (90) days~~ 30 days is requested for the Plaintiff to research the material, seek the help of Law clerks at SDCC and prepair the document for filing. The Conditions of the Plaintiffs Confinement are in need of such time, as lock downs or Law Library Closures can affect the access days, (that are only <u>One</u> day per week) of the Plaintiff. This Request is made in Good faith and for no reason of delay.

IT IS SO ORDERED:

Respectfully submitted this <u>1st</u> day of July 2018.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

Kraig Smith
Kraig Smith #87838.

DATED this 10th day of August, 2018.

# Certificate of Service

I, Kraig Smith, hereby certify under the penalty of perjury that on this 2nd day of July 2018, a true and correct copy of the attached pleading, Plaintiff's Request for Time Extension (First Request), was mailed to the following postage prepaid.

United States District Court
  Attn: Court Clerk
  333 Las Vegas Blvd So.
    Rm 1334
  Las Vegas NV 89101

Please Serve Electronically to:

  Adam P. Laxalt, usdcfilings@ag.nv.gov,
  Philip Goodhart
  Craig R. Anderson
  Jonathan Lee

Respective Defendant Parties.

## Affirmation

The Social Security Numbers of any party Do Not appear in this document/pleading.

07-2-2018
Date

Kraig Smith
Kraig Smith

Kcrus Smith #87838
SDCC PO Box 208
Indian Springs NV
89070

LAS VEGAS NV 890
03 JUL 2018 PM 4 L

To:
United States District Court
Atn Court Clerk
333 Las Vegas Blvd South
Rm 1334
Las Vegas NV 89101

SENDING LEGAL MAIL