# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KRAIG SMITH,<br><br>        Plaintiff,<br><br>  v.<br><br>NYE COUNTY DETENTION CENTER, *et al.*,<br><br>        Defendants. | Case No. 2:16-cv-01999-RFB-PAL<br><br>**ORDER TO PRODUCE<br>KRAIG SMITH,<br>#87838** |

TO:     MONICA NAVARRO, NEVADA DEPARTMENT OF CORRECTIONS; and
TO:     JERRY HOWELL, WARDEN, SOUTHERN DESERT
          CORRECTIONAL CENTER, INDIAN SPRINGS, NV
          UNITED STATES MARSHAL FOR THE DISTRICT OF
          NEVADA AND ANY OTHER UNITED STATES MARSHAL

**THE COURT HEREBY FINDS** that **KRAIG SMITH, #87838,** is presently in custody of the Nevada Department of Corrections, located at Southern Desert Correctional Center, Indian Springs, Nevada.

**IT IS ORDERED** that the Warden of Southern Desert Correctional Center, or his designee, shall transport and produce **KRAIG SMITH, #87838,** to the Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard, South, in LV Courtroom 7C, Las Vegas, Nevada, on or about Thursday, January 3, 2019, at the hour of 10:00 A.M., to attend the closing argument to the motion hearing in the instant matter, and arrange for his appearance on said date as may be ordered and directed by the Court entitled above, until the said **KRAIG SMITH, #87838,**

is released and discharged by the said Court; and that the said **KRAIG SMITH, #87838,** shall thereafter be returned to the custody of the Warden, Southern Desert Correctional Center, Indian Springs, NV, under safe and secure conduct.

**DATED** this 17th day of December, 2018.

_____
**RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE**